# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | |
|---|---|
| DIRECTV, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 3:03-CV-0644-AS |
| ) | |
| JEFF DELAPLANE, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL

This matter having come before the Court on Plaintiff's Notice of Dismissal as to Defendant Jeff Delaplane and the Court being in all things duly advised, now **GRANTS** said Motion and **ORDERS** as follows:

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that all claims between Plaintiff and Defendant Jeff Delaplane in the above captioned matter are hereby **DISMISSED WITH PREJUDICE**.

SO ORDERED this 25th day of April, 2005.

                                                        s/ ALLEN SHARP
                                  JUDGE, UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record